UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                                         Chapter 7
    Michael C. Venturino                                   Case No.: 19-70079-reg

                                  Debtor(s).          AFFIRMATION PURSUANT
-------------------------------------------------------------X      TO LOCAL RULE 1009-1(a)
STATE OF NEW YORK) ss:
COUNTY OF SUFFOLK)

       Cooper J Macco, as attorney for Michael C. Venturino ("Debtor"), affirms under the penalties of perjury that:

    1.    I am an associate of the firm of MACCO & STERN, LLP, 2950 Express Drive South, Suite 109, Islandia, NY 11749. I am the attorney for the Debtor herein and am fully familiar with all the facts and circumstances herein.

    2.    The Debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on January 4, 2019.

    3.    The Debtor wishes to amend Schedule E/F to include several individual as potential creditors. These creditors were former clients of the Debtor and are being included out of an abundance of caution.

    4.    An Affidavit of Service is being filed simultaneously herewith in accordance with Local Rule 1000-1 evidencing service of the Affirmation, Debtor's Affidavit, Amended Schedule E/F, Amended Verification of Creditor Matrix, Amended Matrix, and Amended Summary of Assets and Liabilities and Certain Statistical Information upon the United States Trustee and the Chapter 7 Trustee.

Dated: Islandia, New York
         January 29, 2019

MACCO & STERN, LLP

By: _____
Cooper J. Macco, Esq.
Attorney for Debtor
2950 Express Drive South, Suite 109
Islandia, NY 11749
(631) 549-7900

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                              Chapter 7
       Michael C. Venturino                          Case No.: 19-70079-reg

                          Debtor(s).                         AFFIDAVIT PURSUANT
-----------------------------------------------------------X          TO LOCAL RULE 1009-1(a)

STATE OF NEW YORK) ss:
COUNTY OF SUFFOLK)

       Michael C. Venturino ("Debtor"), being duly sworn, deposes and says:

    1.    I am the Debtor who filed a voluntary petition for relief pursuant to Chapter 7 of the United States Bankruptcy Code on January 4, 2019. All Schedules and the Statement of Financial Affairs were filed with the voluntary petition.

    2.    Annexed hereto is an original of the (i) Amended Schedule "E/F", (ii) Amended Verification of Creditor Matrix, (iii) Amended Matrix, and (iv) Amended Summary of Assets and Liabilities and Certain Statistical Information.

    3.    An Affidavit of Service is being filed simultaneously herewith in accordance with Local Rule 1009(b) evidencing service of this Affidavit upon the United States Trustee and the Chapter 7 Trustee.

                                                           _____
                                                            Michael C. Venturino

Sworn to before me this
1st day of February, 2019

_____
Notary Public

**Cooper J Macco**
**Notary Public, State of NY**
**No. 02MA6279300**
**Qualified in Suffolk County**
**Commission Expires April 8, 2021**